# Court of Appeals
# of the State of Georgia

ATLANTA,   January 14, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0273.  JACKIE LAMAR WATSON v. THE STATE.**

In 2007, Jackie Lamar Watson pled guilty to aggravated assault and recidivism. Watson received a 20-year sentence, with 10 years to serve.  Watson subsequently filed a pro se motion alleging that his conviction is void and his guilty plea was involuntary.  The trial court denied the motion on July 20, 2012.  Nearly two years later, on March 6, 2014, Watson filed a notice of appeal.

Pretermitting whether the trial court's order is directly appealable, we lack jurisdiction because the appeal is untimely.  A notice of appeal must be filed within 30 days after the entry of the trial court's order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, Watson filed his notice of appeal 594 days after the trial court's order was entered.  Accordingly, we lack jurisdiction to consider this appeal, and it is hereby DISMISSED.  Appellee's motion to dismiss is DENIED AS MOOT.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,____01/14/2016____
   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*